E-FILED
Tuesday, 01 February, 2022  09:14:38 AM
Clerk, U.S. District Court, ILCD

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois ▾

*(stamp)* FILED
OCT 1 8 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

|  |  |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) |
| IN THE MATTER OF THE SEARCH OF: Silver LG mobile Phone, CURRENTLY LOCATED AT: FBI Springfield Office located at 900 D Linton Avenue, Springfield, IL 62703 | ) ) ) |

Case No. 4:20-cr-40065-SLD-JEH

21-mj-6425

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____ Central _____ District of _____ Illinois _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Using facilities of interstate commerce, that is a mobile phone, connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity under such circumstances as would constitute a criminal act in violation of 18 United States Code, Section 2422(b) |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Kurt Bendoraitis
_____
*Applicant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means)*.

Date: 10/18/2021

s/ Eric Long
_____
*Judge's signature*

City and state: Urbana, IL

Eric I. Long,   U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE MATTER OF THE SEARCH OF:
Silver LG mobile phone

CURRENTLY LOCATED AT: FBI
Springfield Office located at 900 E Linton
Avenue, Springfield, IL 62703

Case No. 21-MJ-6425
20-CR-40065

**Filed Under Seal**

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION UNDER RULE 41 FOR A**
**SEARCH WARRANT TO SEARCH AND SEIZE**

I, Kurt Bendoraitis, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation and have

been since May 14, 2017. As part of my duties, I investigate violations of federal law,

including the online exploitation of children, particularly in relation of violations of

Title 18, United States Code, Sections 1591, 2251, 2252A, and 2422 which criminalize,

among other things, the production, advertisement, possession, receipt, transportation

of child pornography, individuals attempting to persuade, induce, and entice minors to

engage in sexual activity, and underage prostitution. I have gained experience in the

conduct of such investigations through training in classes and work related to

conducting these types of investigations. Specifically, I have received training in the

Online Sexual Exploitation of Children. I have been involved in multiple search

warrants, arrests, and have conducted online chatting investigations in an undercover

capacity. As a federal agent, I am authorized to investigate and assist in the prosecution

1

of violations of laws of the United States, and to execute search warrants and arrest
warrants issued by federal courts.

2.      This affidavit is intended to show only that there is sufficient probable
cause for the requested warrant and does not set forth all of my knowledge about this
matter.

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

3.      This affidavit is submitted in support of an application for the issuance of
a search warrant to search the silver LG mobile phone, hereinafter the "Device," used
by Damien Shepherd and currently in the possession of the Federal Bureau of
Investigation.

4.      The applied-for warrant would authorize the forensic examination of the
Device for the purpose of identifying electronically stored data particularly described in
**Attachment B**. This warrant is being sought out of an abundance of caution.

## STATUTORY AUTHORITY

5.      This investigation concerns alleged violations of 18 U.S.C. § 2422(b),
relating to enticing a minor into illegal sexual activity.

      a.  18 U.S.C. 2242(b) prohibits using any facility or means of interstate
          commerce to knowingly persuade, induce, entice or coerce any individual
          who has not attainted the age of 18 years, to engage in prostitution or any
          sexual activity for which any person can be charged, or attempt to do so.

      b.  The internet is a facility of interstate commerce

## DEFINITION OF TERMS

6.      The following terms used in this affidavit have the indicated meaning in

this affidavit:

    a. The term "minor" is defined at 18 U.S.C § 2256(1) as any person under the age of eighteen years.

    b. The term "sexually explicit conduct" is defined at 18 U.S.C. § 2256(2)(A) as actual or simulated – (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or anal-oral, whether between person of the same or opposite sex; (ii) beastiality, (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person.

    c. A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals.  These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.  A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.  These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.  Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

    d. Digital camera:  A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film.  Digital cameras use a variety of fixed and removable storage media to store their recorded images.  Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader.  Removable storage media include various types of flash memory cards or miniature hard drives.  Most digital cameras also include a screen for viewing the stored images.  This storage media can contain any digital data, including data unrelated to photographs or videos.

3

e. Portable media player: A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files. However, a portable media player can also store other digital data. Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

f. PDA: A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs. Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail. PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can store any digital data. Most PDAs run computer software, giving them many of the same capabilities as personal computers. For example, PDA users can work with word-processing documents, spreadsheets, and presentations. PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

g. GPS: A GPS navigation device uses the Global Positioning System to display its current location. It often contains records the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

h. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static — that is, long-term — IP addresses, while other computers have dynamic — that is, frequently changed — IP addresses.

i. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

j. Through the use of computers and/or mobile phones and the Internet, people attempting to exploit minors can use various web sites to conduct business, allowing them to remain relatively anonymous.

k. The Internet allows users, while still maintaining anonymity, to easily locate other individuals with similar interests in minors and/or Web sites that offer sexually explicit images of minors.

## TRAINING AND EXPERIENCE

7.     Through the use of computers and/or mobile phones and the Internet, people attempting to exploit minors can use various web sites to conduct business, allowing them to remain relatively anonymous.

8.     The Internet allows users, while still maintaining anonymity, to easily locate other individuals with similar interests in minors and/or Web sites that offer sexually explicit images of minors.

5

9.      Based on my training, experience, and research, and from consulting the manufacturer's advertisements and product technical specifications available online at www.lg.com, I know that the LG smart phones have capabilities that allow it to serve as a wireless telephone, digital camera, portable media player, GPS navigation device, and PDA. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

10.     Based on my training, experience, and other law enforcement officers I have talked with, I know that numerous online and mobile dating applications/websites require users to be at least 18 years old. Since there are few ways to verify the age, users can actually be under the age of 18 and use online and mobile dating applications/websites.

11.     Based on my training, experience, and other law enforcement officers I have talked with, I know that individuals who have a sexual interest in minors generally keep photographs of minors in various formats (electronic storage, hard copy) for their sexual gratification.

## INVESTIGATION

12.     On approximately November 14, 2020, an FBI Online Covert Employee (OCE) was conducting an undercover investigation on a mobile dating application to identify people attempting to sexually exploit minors. The mobile dating application allows users to see other users in a geographic location near them and to directly

6

message another user. The mobile dating application also allows users to have a profile which can include age, likes, dislikes, interests, and other categories. All users must state their age as at least 18 years old. A user, later identified as Damien P. Shepherd (SUBJECT), directly messaged OCE's account and the following is an excerpt:

**SUBJECT:** You are cute

OCE: Ty

**SUBJECT:** You welcome how's your day going?

OCE: Gud u

**SUBJECT:** Been doing good trying to stay warm

OCE: Right

**SUBJECT:** What are you looking for on here cutie

OCE: Fwb hbu (in your Affiant's training and experience, "fwb" means "friends with benefits" and "hbu" means "how about you?")

**SUBJECT:** Same a cute sexy guy to be good friends with benefits with hangout cuddle watch movies play video games and have good sex.

**SUBJECT:** Is that all cool with you

OCE: Prefer the sex part…. Lol

**SUBJECT:** Ok cool with me what all you into sexually

OCE: Oral only toyed bottom looking 4 real

**SUBJECT:** So u very tight just how I like it and you a virgin even better and I'm into oral rimming and fucking do u like it deep n slow or deep n fast or switch it up.

OCE: Slow to start then I pound my pussy

7

**SUBJECT:** Ok I got u cutie what position do think u can take it better in missionary doggy on your side on stomach

OCE: Doggy is what I'm used 2

**SUBJECT:** Ok I'll fuck u doggy I'll have u arch yo

**SUBJECT:** Are you in moline

OCE: Rock Island

**SUBJET:** Ok cool I'm in Moline are you mobile

OCE: I can't drive yet hun

**SUBJECT:** Ok Its ok babe I'm not mobile either when u get you license hmu I'm definitely want to be you first and be fwb if no other guy get you first. Unless you got money for uber. (in your Affiant's training and experience, "hmu" means "hit me up.")

OCE: If u pay for the uber I'll come

**SUBJECT:** If only I had 40 ill pay u here n back. Are u 18 or 17

OCE: Little less

**SUBJECT:** 16

OCE: Almost

**SUBJECT:** 15

OCE: Don't b mad family doesn't know I'm gay

**SUBJECT:** I'm not mad about that

OCE: Yeah 1.5

**SUBJECT:** I fuck 15 yr old 4 times before so u good cutie

OCE: So you'll be gentle

**SUBJECT:** Yes I will that's the way I like it I don't do the rough stuff

OCE: Great

**SUBJECT:** Wish u could tell yo fam that you going to hangout with a friend in Moline and u have them come pick you up when we done

OCE: Parents are in Chicago for the weekend not worried about that

**SUBJECT:** Ok so u home alone

OCE: Yeah

**SUBJECT:** I'll see if my mom would bring me over then if u ok with that. We just take our time

OCE: How old r u?

**SUBJECT:** 35

OCE: Yeah thats cool

**SUBJECT:** Are u into kissing or no

OCE: R u close to Rock Island?

OCE: Yes

**SUBJECT:** I'm in Moline so not far depends yo address. Can I see yo legs and thighs

OCE: (Sent non-pornographic picture)

**SUBJECT:** Damn u sexy I'm gonna kiss all over your body

OCE: C what ur mom says I'm horny

**SUBJECT:** OK (Subject sends two pornographic photos of male penis)

OCE: Mmmmmm

**SUBJECT:** U gone love my thick dick in that tight lil hole

OCE: Prove it

**SUBJECT:** Ok I will. What's yo address

OCE: (Operational address given to subject)

**SUBJECT:** She said she running a neighbor around so that's a no go. U have any friends that an bring you to Cloverleaf Village in Moline. Like a aunt uncle or something.

OCE: I have a friend that drives let me ask

**SUBJECT:** Ok

OCE: Got a gas station or something we can meet at close. Lot of fakes on here

**SUBJECT:** Trust me I'm no fake and it's a 7-11 I can meet u at and we can walk back to my place its across the street from Walmart.

OCE: Ok that works Can u throw my ride like 5 buck?

**SUBJECT:** Guess that won't work then cause I don't have any money till next month.

OCE: Ok he's cool with just driving me. When?

**SUBJECT**: Ok he can drop u off now

**SUBJECT:** I'll be on my way without wifi so look out for me I'll be wearing a black coat with a ski mask.

OCE: Hold on he's still coming to gwt me let u know when we leave

**SUBJECT**: Ok let me know u been dropped off at 7-11 to cause the last guy said he was at 711 and I walked for no reason

OCE: I won't blow you off

**SUBJECT:** Ok lil cutie and u didn't tell him my age did u

OCE: No way

**SUBJECT:** Ok good when he drops u off go to the back of 711 towards the highway I'll

be coming from the way just look up towards the traffic light I'll wave to u so u know to

cross the street and if u comfortable u can kiss me right then and there and rub my dick.

OCE: Ok

**SUBJECT:** Trust me 100% real ok a fake wouldn't give u all this info trust me I know

**SUBJECT:** (Sends picture of himself in underwear)

**SUBJECT:** I'm all man and I'm all real. To show you I'm real I'm gonna send u a video.

(Subjects sends video, the video did not open)

OCE: I'm leaving now

**SUBJECT:** Ok

OCE: Here

**SUBJECT:** U at 711

OCE: Yeah

**SUBJECT:** Ok here I come

13.     At the same time SUBJECT told OCE he was one his way, FBI Special

Agent and Task Force Officers setup surveillance at the 7-Eleven located at 3718 39th

Ave Drive, Moline, IL 61265. FBI Special Agent and Task Force Officers observed a

black male wearing a black jacket and red hat, matching the male in the photographs

sent from SUBJECT, walking towards the 7-Eleven. FBI Special Agent and Task Force

Officer approached SUBJECT, identified themselves, and arrested SUBJECT. SUBJECT

was identified as Damien Shepherd. Shepherd had on his person a silver LG mobile phone.

14.     Shepherd was then interviewed and provided his Miranda warnings. During the interview, Shepherd gave consent to search the silver LG mobile phone. Out of an abundance of caution, the Government seeks this warrant. Since Shepherd's arrest, he has not asked for the mobile phone back.

15.     The silver LG mobile phone is currently located at the FBI Springfield Office located at 900 E Linton Avenue, Springfield, IL 62703.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

16.     Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

17.     *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Device was used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the Device because:

   a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d. The process of identifying the exact electronically stored information on a storage medium that is necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

18.  *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the device consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

19.  *Manner of execution.* Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is

reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

20.     Based on the above information, this affiant respectfully submits that probable cause exists to believe that the items described in Attachment B are presently located in the above-described item as set forth in Attachment A and the digital media therein, and that said items constitute evidence and/or contraband of the federal offenses in violation of Title 18, U.S.C. §2422(b) or an attempt to commit those violations.

21.     Accordingly, it is respectfully requested that the accompanying search warrant issue authorizing the search of said property and the seizure therefrom of the said evidence of the above violation of federal law and related contraband.

FURTHER AFFIANT SAYETH NOT.

s/ Kurt Bendoraitis

_____

Kurt Bendoraitis, FBI Special Agent


Sworn and subscribed over the telephone, pursuant to Federal Rule of Criminal Procedure 4.1, and signed by me this _____18th_____ day of October, 2021.

s/ Eric Long

_____

ERIC I. LONG, Magistrate Judge

United States District Court

15

## Attachment A

### Description of item to be searched

Silver LG mobile phone taken from the person of Damien Shepherd and currently located at FBI Springfield Division located at 900 East Linton Avenue, Springfield, IL.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

**Attachment B**

**Description of items to be seized.**

1.    All records on the Device described in Attachment A that relate to violations of 18 U.S.C. 2242(b) and involve Damien Shepherd including:

a.   Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, e-mail messages, chat logs and electronic messages) pertaining to the enticement of a minor.

b.   Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the use of the phone or by other means for the purpose of the enticement of a minor.

c.   Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited e-mail messages, chat logs and electronic messages), identifying persons transmitting, through interstate or foreign commerce by any means, any information relating to the enticement of minors.

d.   Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about the enticement of minors or the existence of other web sites or mobile applications used to locate minors for the purpose of enticing the minors into illegal sexual activity.

17

e.  Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, and other digital data files) concerning membership in online groups, clubs, or services that provide or make accessible minors for the purpose to engage in illegal sexual activity with the minors.

f.  Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider.

g.  Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, e-mail messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited  to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

h.  Any and all visual depictions of minors.

i.  Any and all electronic diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually

18

depicted while engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

j.   Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

k.   records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the

FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.